**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BANK OF AMERICA, N.A.       :   No. 334 MAL 2017
                                         :
                                         :

          v.                               :   Petition for Allowance of Appeal from
                                         :   the Order of the Superior Court
                                         :

KATHLEEN MORGAN AND THE UNITED   :
STATES OF AMERICA                       :
                                         :
                                         :

PETITION OF: KATHLEEN MORGAN     :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 21st day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.